JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY ABADEE, et al., | Case No. CV 11-7729 DSF (RZx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| PATRIOTS BANK, et al., | |
| Defendants. | |

    IT IS ORDERED AND ADJUDGED that the action be dismissed without prejudice for lack of subject matter jurisdiction.

DATED: 10/28/11

                                                 Dale S. Fischer
                                       United States District Judge